UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-21494-COOKE

JORGE ARMANDO ANCHICOQUE,

    Plaintiff,

vs.

OCCASIONS INC,
RUBEN RUDA, and
ASTRID SUS,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 28th day of April 2020.

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    7300 N. Kendall Drive
    Suite 450
    Miami, FL 33156
    Tel:    305.230.4884
    *Counsel for Plaintiff*